**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

BRANDON JACKSON,                             *

    Plaintiff                             *

                                           Case Number 5:07-CV-196 (CAR)

vs.                                          *

ANTONIO HARRIS,                              *

    Defendant                             *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 5, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of June, 2007.

                                      Gregory J. Leonard, Clerk

                                      s/ Denise C. Partee
                                      Deputy Clerk